## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUMANN AUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV431 |
| vs. ) | |
| ) | ORDER |
| JOAN K. PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte.* In the court's February 1, 2008 Order Setting Schedule For Initial Progression Of A Civil Case (Filing No. 12), it was stated that a planning conference would be established following the resolution of the parties' divergent requests for place of trial. On March 10, 2008, the court denied the defendant's motion for trial in North Platte and sustained the plaintiff's objection to changing the place of trial. **See** Filing No. 35. Accordingly,

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is scheduled for **June 20, 2008, at 2:00 p.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 3rd day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge