## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AUMANN AUCTIONS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:07CV431 |
| vs. ) | |
| ) | ORDER |
| **JOAN K. PHILLIPS,** ) | |
| ) | |
| **Defendant.** ) | |

On the court's own motion, the telephone planning conference previously set for June 20, 2008, at 2:00 p.m. Central Daylight Time is cancelled and is **rescheduled for June 23, 2009, at 9:00 a.m. Central Daylight Time** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 20th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge