IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUMANN AUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV431 |
| vs. ) | |
| ) | CORRECTED[1] |
| JOAN K. PHILLIPS, ) | ORDER |
| ) | |
| Defendant. ) | |

On the court's own motion, the telephone planning conference previously set for June 20, 2008, at 2:00 p.m. Central Daylight Time is cancelled and is **rescheduled for June 23, 2008, at 9:00 a.m. Central Daylight Time** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 30th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] A typographical error occurred in the court's order of May 20, 2008 (Filing No. 42). The telephone planning conference is rescheduled for June 23, 2008, not June 23, 2009.