## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUMANN AUCTIONS INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:07CV431** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOAN K. PHILLIPS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court after a telephone conference with the parties on June 23, 2008. The parties continue to work toward completing discovery. Accordingly,

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend Deadline to Amend Complaint and Add Parties (Filing No. 55) is granted. The plaintiff shall have to **on or before August 15, 2008**, to file a motion to amend pursuant to Fed. R. Civ. P. 15 and NECivR 15.1.

2. The telephone planning conference is continued to **August 25, 2008, at 9:00 a.m.** Counsel for the plaintiff shall initiate the telephone conference.

3. The plaintiff's Motion to Compel and for Sanction (Filing No. 44) is held in abeyance pending receipt by the court of additional documents or resolution of the dispute by the parties. The defendant shall have to **on or before June 30, 2008**, to submit the unredacted Texas Capital documents for *in camera* inspection. The parties shall submit a proposed protective order regarding the documents **on or before June 30, 2008**. If the parties are unable to agree to terms for the protective order, the parties disagreement shall be described by the parties in the proposed draft.

DATED this 23rd day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge