# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| AUMANN AUCTIONS, INC., | ) | |
|---|---|---|
| | ) | 8:07CV431 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOAN K. PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion to extend the deadline to amend the complaint, add parties and to enter a revised progression order (Filing No. 72). Following a telephone conference on January 14, 2009, with counsel for the parties and upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion to extend the deadline to amend the complaint, add parties and to enter a revised progression order (Filing No. 72) is granted as set forth below.

2. The plaintiff is granted leave to file a third amended complaint **on or before January 23, 2009**.

3. The deadlines set forth in the current progression order (Filing No. 67) are suspended pending a telephone planning conference with counsel at **10:00 a.m. on February 27, 2009**. Plaintiff's counsel is to initiate the telephone conference.

DATED this 14th day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge