IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUMANN AUCTIONS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:07CV431 |
| vs. | ) | |
| | ) | ORDER |
| **JOAN K. PHILLIPS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On the oral motion of counsel for the defendant and with said counsel's representation that no other party objects to the request, the telephone planning conference previously set for March 31, 2009 at 10:30 a.m. is cancelled and is **rescheduled for March 31, 2009 at 2:30 p.m.** before the undersigned magistrate judge. Defendant's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 24th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge