IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AUMANN AUCTIONS, INC.**, | ) | Case No. 8:07-CV-431 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| **JOAN K. PHILLIPS**, and | ) | |
| **DEAN V. KRUSE,** | ) | |
| Defendants. | ) | |
| | ) | |

Upon the Joint Stipulation for Dismissal of the parties, the Court, being fully advised in the premises, finds that the requested dismissal is appropriate;

IT IS THEREFORE ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice as to each and every claim, each party to pay its own costs, a complete record waived.

DATED this 23rd day of December, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge